# ALABAMA COURT OF CRIMINAL APPEALS



July 18, 2025

**CR-21-0392**

Lavares Jackson v. State of Alabama (Appeal from Hale Circuit Court: CC-15-15)

## <u>NOTICE</u>

You are hereby notified that on July 18, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk